IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY MIHNOVICH, et al. | ) |
| | ) |
| v. | ) NO. 3-13-0379 |
| | ) JUDGE CAMPBELL |
| WILLIAMSON COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion for F.E.R.P.A. Hearing to Acquire Student Information (Docket No. 19). The Motion is referred to the Magistrate Judge for determination.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE