IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY MIHNOVICH and JAMES MIHNOVICH, individually and as next friends for N.M., a minor child<br><br>v.<br><br>WILLIAMSON COUNTY BOARD OF EDUCATION; and JOHN DOES 1-31 | )<br>)<br>) No. 3-13-0379<br>)<br>)<br>)<br>)<br>) |

O R D E R

The plaintiffs' motion to amend order rescheduling status conference (Docket Entry No. 18) is GRANTED.

The case management conference, rescheduled by order entered December 4, 2013 (Docket Entry No. 17), is again RESCHEDULED to **Wednesday, February 26, 2014, at 3:00 p.m.**, to be held telephonically and initiated by counsel for the plaintiffs, to address the status of the case and the plaintiff's motion for F.E.R.P.A. hearing to acquire student information (Docket Entry No. 19).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge