IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACY MIHNOVICH and JAMES )
MIHNOVICH, individually and as next )
friends for N.M., a minor child ) No. 3-13-0379
)
v. )
)
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and JOHN DOES 1-31 )

O R D E R

Pursuant to the order entered February 21, 2014 (Docket Entry No. 21), counsel for the parties called the Court on February 26, 2014, at which time defendant's counsel advised that it appeared that a resolution of the plaintiff's motion for F.E.R.P.A. hearing (Docket Entry No. 19) might be possible.

Counsel for the parties agreed to meet together to attempt to pare down the number of emails that are really at issue, i.e., those emails not sent to the plaintiffs themselves or emails sent by persons the plaintiffs are not able to otherwise identify, and end up with a small, manageable number of parents to whom notice could be sent.

Counsel for the parties shall convene another telephone conference call with the Court on **Friday, March 7, 2014, at 1:00 p.m.,** to be initiated by plaintiffs' counsel, to address whether the parties have reached a resolution relating to the plaintiffs' motion, to schedule a hearing, if appropriate, to address whether the plaintiffs plan to dismiss the John Doe defendants, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge