IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACY MIHNOVICH and JAMES )
MIHNOVICH, individually and as next )
friends for N.M., a minor child ) No. 3-13-0379
)
v. )
)
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and JOHN DOES 1-31 )

O R D E R

Having reviewed the defendant's notice of compliance (Docket Entry No. 29), the FERPA hearing, scheduled by order entered March 7, 2014 (Docket Entry No. 28), on March 27, 2014, is CANCELLED. However, counsel for the parties shall convene a telephone conference call with the Court at the same time--**Thursday, March 27, 2014, at 1:00 p.m.**--to be initiated by defendant's counsel, to address the plaintiffs' motion to amend scheduling order to enlarge deadline for leave to amend complaint (Docket Entry No. 25).

If plaintiffs' counsel is not yet in a position to address that motion or for any other reason the parties want to reschedule the conference call, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge