IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACY MIHNOVICH and JAMES )
MIHNOVICH, individually and as next )
friends for N.M., a minor child ) No. 3-13-0379
)
v. )
)
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and JOHN DOES 1-31 )

O R D E R

In accord with the order entered March 24, 2014 (Docket Entry No. 31), the parties filed an agreed order on April 10, 2014, reflecting that the plaintiffs do not intend to amend their complaint to join any John Doe defendants and that therefore the parties have agreed that the claims against defendants John Does 1-31 should be dismissed with prejudice.

The Court deems the agreed order to be a stipulation of dismissal and, as such, no further action on the part of the Court is required in accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Therefore, the plaintiffs claims against defendants John Does 1-31 are hereby DISMISSED with prejudice and the Clerk is directed to terminate John Does 1-31 as defendants in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge