IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACY MIHNOVICH and JAMES )
MIHNOVICH, individually and as next )
friends for N.M., a minor child ) No. 3-13-0379
)
v. )
)
WILLIAMSON COUNTY BOARD OF )
EDUCATION; and JOHN DOES 1-31[1] )

O R D E R

On August 29, 2014, the defendant filed a motion for summary judgment (Docket Entry No. 40).

As provided in the orders entered June 21, 2013 (Docket Entry Nos. 11-12), the plaintiffs shall have until September 26, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days after the filing of the response or by October 10, 2014, if the response is filed on September 26, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after October 10, 2014, except with the express permission of the Honorable Todd J. Campbell.

The Clerk is directed to forward the file in this case to Judge Campbell for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 40-43), the plaintiffs' response to be filed by September 26, 2014, and any reply, if necessary, to be filed no later than October 10, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered May 8, 2014 (Docket Entry No. 35), the plaintiffs' claims against defendants John Does 1-31 were dismissed.